<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was duly served upon the following parties via hand delivery on February 27, 2006.

CLARE CONNORS
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

PAMELA TAMASHRIO
Ocean View Center
707 Richards Street, PH 7
Honolulu, Hawaii 96813

Attorney for DEFENDANT WENDELL TOKI

DATED: Honolulu, Hawaii, February 27, 2006

_____
TODD EDDINS
ATTORNEY FOR JAMES TROIANO

1