# PHOTOGRAPHIC LINEUP # _____

Person viewing lineup __Milton AGADER__   Report # __05-187010__

Location of lineup __67-292 Goodale Ave.__   Class. __Robbery 1__

## INSTRUCTIONS

You are about to be shown a group of photographs. Before viewing these photographs please read the following carefully.

Do not let your judgment be influenced by the fact that a police officer is showing you the photographs. The person who committed the crime may or may not be in the group of photographs you are about to review, and you are not obligated to identify anyone. Also, it is just as important to eliminate innocent persons from further suspicion as it is to identify guilty persons.

## NOTE

Please review each photograph contained in the lineup. Be aware that the photographs used could be old or new. Also, be aware that photographs do not always depict the true complexion of someone and that the actual complexion could be darker or lighter. Further, be aware that hair styles and hair lengths are subject to change and that persons can alter their identities by growing or shaving facial hair. Finally, please do not discuss any aspect of this photographic lineup process with any other witnesses connected to this case.

---

I viewed a photographic lineup on __5/15/05__ (Date) at __15:30__ (Time) presented to me by

_____ (Investigator) which consisted of __6__ photographs which were numbered in numerical order, __1__ to __6__. After reviewing the entire lineup,

_____ (Initials)  I am unable to select anyone depicted in the photographs as being a suspect in this case.

_____
(Additional comments)

__MA__ (Initials)  I have selected the person depicted in photograph number __5__ as being a suspect in this case. This person __I think is the taller of the two suspects__
(Briefly describe what the person being identified did)

Identification number and date of photograph selected _____

---

I attest that my selection in this lineup has been made by me freely and voluntarily without influence or coercion from anyone.

_____ Investigator
005948
ID Number

_____ Signature (Milton J. Agad-)
5/15/05   15:32
Date      Time
Witnessed by

**EXHIBIT "B"**

HPD-284A (R-3/95)

Lineup Name:  BRWN BAG LIQUOR

Ref Number:  05

See attached admonition sheet.



1



2



3



4



5

6