

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

*(808) 541-2850*
*FAX (808) 541-2958*

June 27, 2005

Pamela J. Byrne, Esq.
Assistant Federal Public Defender
300 Ala Moana Boulevard, Room 7-104
Honolulu, Hawaii 96850-5269

      Re:  United States v. James Troiano, et al.
           Cr. No. 05-00261 DAE

Dear Ms. Byrne:

    Please find enclosed a copy of the Indictment and discovery in the above-referenced case. I ask that you inspect the enclosed documents to confirm that you have received copies of Bates Stamped Nos. 1 through 211. If you find anything missing from this discovery package, do not hesitate to contact me.

    Pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure (FRCrP), the United States hereby requests reciprocal discovery, which is a continuing request. Also, pursuant to FRCrP Rule 12.1(a), the United States requests notice of an intent to utilize an alibi defense to any of the offenses in the above-referenced case. For purposes of the time, date, and place of the alleged violation(s), please refer to the appended reports. Finally, the United States will comply with <u>Brady v. Maryland</u>, 373 U.S. 83 (1963). It is not presently aware of any <u>Brady</u> material.

    Should you have any other questions regarding this matter, please feel free to contact me at 440-9272.

                          Very truly yours,

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                     By _____
                          CLARE E. CONNORS
                          Assistant U.S. Attorney

Enclosures

**EXHIBIT E**