EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES R. PORTER        #7698
CLARE E. CONNORS     #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     541-2850
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov
               clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | UNITED STATES' OPPOSITION TO |
| | ) | DEFENDANT TROIANO'S MOTION TO |
| vs. | ) | EXCLUDE EVIDENCE RELATING TO |
| | ) | THE PREDICATE FELONY OFFENSE |
| JAMES TROIANO, (01) | ) | FOR COUNT IV – FELON IN |
| also known as: | ) | POSSESSION OF FIREARM; |
| "JOHN KLATT," | ) | CERTIFICATE OF SERVICE |
| WENDELL K. TOKI, (02) | ) | |
| | ) | Hearing: March 23, 2006 |
| Defendants. | ) | Time:    8:30 AM |
| | ) | Judge:   Helen Gillmor |
| | ) | |

**UNITED STATES' OPPOSITION TO
DEFENDANT TROIANO'S MOTION TO EXCLUDE EVIDENCE
RELATING TO THE PREDICATE FELONY OFFENSE FOR COUNT IV-FELON IN
POSSESSION OF FIREARM**

COMES NOW the United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney for the District of Hawaii, Wes R. Porter and Clare E. Connors,

Assistant United States Attorneys, and hereby submits its opposition to Defendant JAMES TROIANO's ("TROIANO") Motion to Exclude Evidence Relating to the Predicate Felony Offense for Count IV – Felon in Possession of Firearm, filed February 23, 2006.

The United States prepared a draft stipulation for the defendant's review, which it mailed on February 27, 2006. TROIANO's defense counsel acknowledged receipt, however, the Motion in Limine is still pending with this Court.

The United States has the burden of proving beyond a reasonable doubt: (1) that the defendant has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; (2) that the defendant knowingly possessed the firearm described in the Superseding Indictment; and (3) that such possession was in or affecting interstate commerce or foreign commerce. Thus, to satisfy its burden as to an element of the crime, the United States must introduce evidence of a prior felony. The holding in Old Chief v. United States, 519 U.S. 172, 183 (1997), affirms the United States' basis for seeking to admit evidence of a prior conviction for this purpose.

In any event, the United States does not object to fashioning a stipulation to the predicate felony offense in Count 4 and has sought to agree to such a stipulation with the defense.

For the foregoing reasons, TROIANO's motion to exclude evidence related to the predicate felony must be DENIED.

DATED: March 13, 2006, at Honolulu, Hawaii.

          Respectfully submitted,

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii


          By   /s/ Clare E. Connors
            WES R. PORTER
            CLARE E. CONNORS
            Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was served on March 15, 2006, to the following person(s):

Served Electronically through CM/ECF:

Todd W. Eddins, Esq.          eddins@eddinsdefense.com

Attorney for Defendant
JAMES TROIANO

Served by First Class Mail:

Pamela E. Tamashiro
Ocean View Center
707 Richards Street, PH 7
Honolulu, Hawaii  96813

Attorney for Defendant
WENDELL R. TOKI

DATED:  March 15, 2006, at Honolulu, Hawaii.


                                        /s/ Cheri Abing