```
EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES R. PORTER        #7698
CLARE E. CONNORS     #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     541-2850
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov
               clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | UNITED STATES' SECOND |
| | ) | SUPPLEMENTAL OPPOSITION TO |
| JAMES TROIANO, (01) | ) | DEFENDANT TROIANO'S MOTION FOR |
| also known as: | ) | SEVERANCE OF DEFENDANTS; |
| "JOHN KLATT," | ) | CERTIFICATE OF SERVICE |
| WENDELL K. TOKI, (02) | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' SECOND SUPPLEMENTAL OPPOSITION
TO DEFENDANT TROIANO'S MOTION FOR SEVERANCE OF DEFENDANTS**

COMES NOW the United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney for the District of Hawaii, Wes R. Porter and Clare E. Connors, Assistant United States Attorneys, and hereby submits its second

supplemental opposition to defendant James Troiano's ("Troiano") Motion for Severance of Defendants, filed on February 23, 2006 ("Motion").  The United States submits this second supplemental opposition for the limited purpose of addressing Troiano's argument under Crawford v. United States, 541 U.S. 36 (2004), which he sets forth in his Supplemental Memorandum in Support of Motion For Severance of Defendants, filed March 21, 2006.

Troiano asserts that Bruton and its progeny did not contemplate the Supreme Court's ruling in Crawford.  Supp. Mem., 2.  To the contrary, the holding in Crawford is entirely consistent with the Supreme Court's holding in Bruton v. United States, 391 U.S. 123 (1968).  As in Bruton, the Supreme Court in Crawford rejected the admissibility of accomplice confessions to law enforcement officers implicating the accused on trial. Crawford, 541 U.S. at 52.  Thus, it in effect reaffirmed the Supreme Court's basis for the protections it established in Bruton.  Id. at 57.  Toki's confession cannot and will not be offered against Troiano because of Sixth Amendment concerns.  The holding in Crawford does not alter this tenet and it does not change the Bruton analysis with respect to Troiano, which includes redaction and the formulation of appropriate jury instructions.

In fact, the Supreme Court specifically held in Crawford that its holding was consistent with its holding in

other Confrontation Clause cases, including <u>Bruton</u>.  <u>Id.</u> at 57-58.  Thus, Troiano's basis for suggesting that <u>Crawford</u> overruled <u>Bruton</u> and its progeny is unfounded.  Toki's statement is not being introduced against Troiano, the accused accomplice, but rather is limited to Toki.  As to Toki, the confession is non-hearsay under Rule 801(d)(2) of the Federal Rules of Evidence and therefore does not implicate the Sixth Amendment concerns set forth in <u>Crawford</u>.

**IV.  <u>CONCLUSION</u>**

For these reasons, the defendant has failed to meet the heavy burden of showing that he will suffer manifest prejudice if the case were not severed.  Accordingly, the Court should deny Troiano's Motion for Severance.

DATED: March 22, 2006, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /S/ Clare E. Connors
   WES R. PORTER
   CLARE E. CONNORS
   Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

Todd W. Eddins
eddins@eddinsdefense.com           March 22, 2006

Attorney for Defendant
JAMES TROIANO


**Served by First Class Mail and Facsimile:**

Pamela E. Tamashiro, Esq.         March 22, 2006
Ocean View Center
707 Richards St., PH 7
Honolulu, HI  96813
FAX:  536-0458

Attorney for Defendant
WENDELL R. TOKI


DATED:  March 22, 2006, at Honolulu, Hawaii.


                                        /s/ Iris Tanaka