```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES R. PORTER        #7698
CLARE E. CONNORS     #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     541-2850
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov
               clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00261 HG | |
| ) | | |
| Plaintiff, ) | UNITED STATES' PROPOSED VOIR | |
| ) | DIRE; CERTIFICATE OF SERVICE | |
| vs. ) | | |
| ) | | |
| JAMES TROIANO,         (01) ) | | |
|     aka: "JOHN KLATT," ) | TRIAL DATE: | April 4, 2006 |
| WENDELL K. TOKI,       (02) ) | TIME: | 9:00 a.m. |
| ) | JUDGE: | Helen Gillmor |
| Defendants. ) | | |
| ) | | |

UNITED STATES' PROPOSED VOIR DIRE

   The United States of America, by and through its undersigned counsel, hereby files Proposed Voir Dire Questions, pursuant to Federal Rule of Criminal Procedure 24(a)(2).

In addition to the Court's general introduction and explanation, including whether the prospective jurors are acquainted with any of the parties, the United States would request additional questions regarding state and federal prosecutions as follows:

1. Some crimes that are traditionally brought in the state courts can be prosecuted federally if they have some affect or potential affect on interstate commerce. Do any of you have difficulty accepting this?

2. You may have your own impression about what types of cases should be prosecuted by the state and what types of cases should be prosecuted federally. Are you willing to apply the law I give you, even if you do not agree with it?

3. Have you ever been a victim of a robbery?

4. Have you ever been a witness to a robbery?

5. Have you even been part of a business that was robbed?

6. Have you, your family or your close friends had any dealings with the Honolulu Police Department or the Bureau of Alcohol, Tobacco, and Firearms? If so, what were those dealings?

    a. Do you feel that these dealings were properly resolved?

    b. Do you have any feelings of dissatisfaction because of those dealings?

DATED: March 22, 2006, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


  /S/ Clare E. Connors
WES R. PORTER
CLARE E. CONNORS
Assistant U.S. Attorneys

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**<u>Served Electronically through CM/ECF</u>:**

Todd W. Eddins
eddins@eddinsdefense.com         March 22, 2006

Attorney for Defendant
JAMES TROIANO


**<u>Served by First Class Mail</u>:**

Pamela E. Tamashiro, Esq.         March 22, 2006
Ocean View Center
707 Richards St., PH 7
Honolulu, HI  96813

Attorney for Defendant
WENDELL R. TOKI


     DATED:  March 22, 2006, at Honolulu, Hawaii.


                                  /s/ Iris Tanaka