```
Taped Interview of WENDELL TOKI
Report No. 05-187010
Page 105
-----------------------------------
```

1  QQ  Okay, big deal.

2  A   Yeah.

3  QQ  But did he say that he was going to hurt you?

4  A   Nothing like that. He always say that if anybody talks, he
5      hurt 'em.

6  QQ  Okay, but prior to this...

7  Q   But at the time he's asking you the questions,--

8  A   He never say nothing like that.

9  Q   --he never say nothing like that.

10 QQ  So that was strictly voluntarily on your part, your own
11     free will, he didn't threaten you, you just--

12 Q   You volunteered the information.

13 QQ  --you know what's going happen, and yet, you say, hey, I
14     going give you this information.

15 A   I thought he was joking, that's why, so I just was, you
16     know, we talk. And then I never know that he wen' put
17     everything to-together to do the robbery.

18 Q   Okay, what I want to do is I want to show you a
19     photographic lineup to make sure we're talking about the
20     same James Troiano.

BJ/vl/33,309

EXHIBIT "2"

Taped Interview of WENDELL TOKI
Report No. 05-187010
Page 106
-----------------------------------

1  A    Yeah.

2  Q    Okay, before you look at the photographs, I going read
3       these two paragraphs to you, okay, 'cause I know you have—
4       you have a problem with (inaudible)—

5  A    Yeah.

6  Q    —you have a hard time reading, yeah. You're about to be
7       shown a group of photographs. Before viewing these
8       photographs, please read the following carefully. Do not
9       let your judgment be influenced by the fact that a police
10      officer is showing you the photographs. The person who
11      committed the crime may or may not be in the group of
12      photographs you're about to view—review. And you are not
13      obligated to identify anyone. Also, it is just as
14      important to eliminate innocent persons from further
15      suspicion as it is to identify guilty person. Do you
16      understand that?

17 A    Uh-huh.

18 Q    Okay, please review each photograph contained in the
19      lineup. Be aware that the photographs used could be old or
20      new. Also, be aware that the photographs do not always

BJ/vl/33,309

Taped Interview of WENDELL TOKI
Report No. 05-187010
Page 107
-----------------------------------

| | | |
|---|---|---|
| 1 | | depict the true complexion of someone and that the actual |
| 2 | | complexion could be darker or lighter, okay, that's, you |
| 3 | | know, Xeroxed copy, black-and-whites, that kind of thing, |
| 4 | | the-the skin tone could be little bit different.  Further, |
| 5 | | be aware that the style of hair lengths are subject to |
| 6 | | chance and that persons can alter their identities by |
| 7 | | growing or shaving facial hair.  Finally, please do not |
| 8 | | discuss any aspect of the photographic lineup process with |
| 9 | | another witnesses connected to this case.  Do you |
| 10 | | understand these two paragraphs? |
| 11 | A | Uh-huh. |
| 12 | Q | Okay, initial right here and right here for me that you |
| 13 | | understand your instructions.  Okay, do you see James |
| 14 | | Troiano in the-in there anywhere? |
| 15 | A | Here. |
| 16 | Q | What photograph number is that? |
| 17 | A | Five. |
| 18 | Q | Okay. |
| 19 | QQ | Initials on the bottom. |
| 20 | Q | Put your initials right below the number. |

BJ/vl/33,309

...

```
Taped Interview of WENDELL TOKI
Report No. 05-187010
Page 108
----------------------------------
```

1  A   Right here?

2  Q   Yeah.

3  A   Okay.

4  QQ  Today, put the date, too, 05-18, 2005.

5  Q   Okay, that's the James Troiano that came to the store and
6      was asking all the questions?

7  A   Yeah, but his hair was more like neat.

8  Q   Neat?

9  A   Yeah.

10 Q   Okay.

11 QQ  This is the guy that you gave information to?

12 A   Yeah, him.

13 Q   And that's the guy that gave you the $5,000--

14 A   Yeah.

15 Q   --at--in Pearl City?

16 A   Yeah.

17 Q   And that's the same guy that showed the gun--

18 A   Yeah.

19 Q   --when he bought you the chicken?

20 A   Yeah, he wanted to sell for trade for the chicken.

BJ/vl/33,309