IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| WENDELL K. TOKI (02), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following parties by hand delivery or mailed, first-class, postage prepaid, to the following:

    CLARE E. CONNORS, ESQ.
    Assistant United States Attorney
    Room 6100 PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    TODD EDDINS, ESQ.
    Pauahi Tower
    1001 Bishop Street, Suite 1320
    Honolulu, Hawaii 96813

    Attorney for Defendant

JAMES TROIANO

DATED:   Honolulu, Hawaii, March 22, 2006.

_____
Pamela E. Tamashiro
Attorney for Defendant
WENDELL K. TOKI