# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 28, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00261HG |
| CASE NAME: | U.S.A. vs. (02) WENDELL K. TOKI |
| ATTYS FOR PLA: | Clare E. Connors |
| | Brian Johnson, Case Agent, HPD |
| ATTYS FOR DEFT: | Pamela E. Tamashiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | March 28, 2006 | TIME: | 3:00 - 3:40 |

COURT ACTION:  MOTION FOR WITHDRAWAL OF NOT GUILTY PLEA AND TO PLEAD ANEW -

The defendant is present on bond.

The defendant is sworn.

Questioned.  Advised of his constitutional rights and the provisions of the Sentencing Guidelines.

The Court publicly read Count 2 of the Superseding Indictment.

Advised of the maximum penalties provided by law.

Ms. Connors summarized the essential terms of the Memorandum of Plea Agreement.

MEMORANDUM OF PLEA AGREEMENT filed.

Ms. Connors summarized the government's case against the defendant.

The defendant admitted his involvement to Count 2.

Guilty plea entered to Count 2 of the Superseding Indictment.

Referred for presentence investigation and report, and sentencing is set for July 7, 2006 @ 2:30 p.m.

The bond is continued.

Submitted by: David H. Hisashima, Courtroom Manager