```
EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Major Crimes

WES R. PORTER              #7698
CLARE E. CONNORS           #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
|---|---|---|
| Plaintiff, | ) ) | UNITED STATES' NOTICE OF NON-OBJECTION; CERTIFICATE OF |
| vs. | ) ) | SERVICE |
| WENDELL TOKI,        (02) | ) | Hearing: Sentencing |
|  | ) | Date:    July 7, 2006 |
| Defendant. | ) | Judge:   Hon. Helen Gillmor |

UNITED STATES' NOTICE OF NON-OBJECTION

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: June 12, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ Clare E. Connors
                                 CLARE E. CONNORS
                                 Assistant U.S. Attorney
```

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by Mail**:              June 12, 2006

Pamela E. Tamashiro
707 Richards Street, PH 7
Honolulu, HI 96813

Attorney for Defendant
WENDELL TOKI


**Served by Hand-Delivery**:     June 12, 2006

U.S. Probation Office
Attn: Neil W. Tsukayama
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850

      DATED: June 12, 2006, at Honolulu, Hawaii.


                                             /s/ Cheri Abing