# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/07/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**   CR. 05-00261HG

**CASE NAME:**   U.S.A. v. (02) WENDELL K. TOKI

**ATTYS FOR PLA:**   Clare E. Connors/Wes R. Porter
Charles Pang, Case Agent, ATF

**ATTYS FOR DEFT:**   Pamela E. Tamashiro

**U.S.P.O:**   Neil W. Tsukayama

---

| | | | |
|---|---|---|---|
| **JUDGE:** | Helen Gillmor | **REPORTER:** | Cynthia Fazio |
| **DATE:** | July 7, 2006 | **TIME:** | 2:30 - 3:30 |
| | | **SENTENCING** | 30 min |
| | | **MOTIONS** | 30 min |

---

COURT ACTION:   SENTENCING AS TO COUNT 2 OF THE SUPERSEDING
INDICTMENT AS TO  DEFENDANT (02)
WENDELL K. TOKI
GOVERNMENT'S MOTION FOR DOWNWARD
DEPARTURE IN SENTENCING -

The defendant is present on bond.
The Memorandum of Plea Agreement is accepted.
The Government's Motion for Downward Departure is GRANTED.
Defense Counsel's Oral Motion to Withdraw as Counsel to Allow the Defendant to Claim Ineffective Assistance of Counsel is DENIED.
Defendant's Oral Motion for Withdrawal of Guilty Plea is DENIED.
Allocution by the defendant.

ADJUDGED: Impr of 30 mos.

SUPERVISED RELEASE: 3 yrs. upon the following conditions:

1.   That the defendant shall abide by the standard conditions of supervision.

2.     That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.     That the defendant not possess illegal controlled substances (mandatory condition)

4.     That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.     That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.     That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.     That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.     That restitution of $14,600 is due immediately to M.A. The defendant is jointly and severally responsible for the restitution with co-conspirators James Troiano and Tony Esparza. Any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

9.     That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10.    That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11.    That the defendant is prohibited from participating in any form of gambling; being in the presence of any illegal or legal gambling; frequenting any business, residence, or area where gambling activities have occurred or are presently occurring; and associating with any persons engaged in gambling or any known gamblers.

Special Assessment: $100.00.
Advised of rights to appeal the sentence, etc.
MITTIMUS: That the defendant shall surrender for service of sentence to the institution designated by the Bureau of Prisons by 2:00 p.m. on August 22, 2006.
RECOMMENDATION: FDC - Honolulu, HI.  That the defendant participate in educational and vocational training programs.
Government's Oral Motion to Dismiss Count 1 of the Superseding Indictment as to this defendant is GRANTED.

The Defendant's restitution balance should be credited by $8,550, which has already been returned to the victim by the Government.


Submitted by: David H. Hisashima, Courtroom Manager

Submitted by: Mary Rose Feria, Courtroom Manager