ORIGINAL

September 14, 2006

Milton J. Agader
PO Box 31
Waialua, HI 96791

Clerk, U.S. District Court
Room C-338, USA Courthouse
300 Ala Moana Blvd
Honolulu, HI 96850

SUBJECT:  US Vs Tony Esparza   -CR-05-00737(01)HG
          Wendell Toki   CR-05-00261(02) HG
          James Troiano   CR-05-00261(01)HG

I am the owner of The Brown Bottle, a liquor/convenience store in Waialua. I was the victim in the robbery case involving the above defendants. The armed robbery occurred early Monday morning the day after Mother's Day 2005.

On around June 1, 2006 I received $ 8,550 from the HPD evidence room. The cash was part of the amount taken during the robbery and was used as evidence in the trial.

*Milton J. Agader*
Milton J. Agader

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 1 8 2006
DISTRICT OF HAWAII